# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2936
_____

Young Kids in Motion
Academy, Inc./Ascendant
Claims Services,

    Appellants,

    v.

Toinette Wells,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Ralph Joyner Humphries, Judge.

Date of Accident: August 30, 2022.


August 23, 2024

Per Curiam.

    Affirmed.

Ray, Bilbrey, and Long, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellants.

Holley N. Akers of O'Rourke & Akers, P.A., Jacksonville, for Appellee.